3-26CV1395-G

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 28 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

* under constitutional rights (4th & 14th ammendment)
I have been In dallas county's custody since 4/2026 without
being took before a judge today is 4/20/2026 so there for
violating Article 15.17, 14.06-14.07 Right to prompt magistrate
reveiw after arrest in my case there has been a unnessasary
delay of my arraingment and anykind of hearing or court
apperance prolonging 3 weeks and counting which is a huge
red flag

* Probation violation process wasnt followed
I have not been granted a prompt preliminary hearing nor
a revocation hearing for the alleged violation caused by
Illegal Issuance of warrant due to administrative error nor
been able to know present or speak on evidence on the Alleged
violation violating my due process Rights
The alleged violation was not a willful violation I
was punished for a mistake and completly out of my control
for I was sentanced to 5 years probation and 9 months
treatment facility on or about 1/28/2026 I was mistakenly
released be for I could be transferred to the program
I was assigned. I never refused or denied to attend or
complete program, but gotten violated the day I was
released by dallas county for transfer errors made by
dallas county Jail and courts such as the following
Failing and violating everyday procedures like proper transfer/
release handling, Breakdown between Jail and court system,
proper transfer to court ordered program, accurate violation
investigation, improper hold process, unlawful detention, Due process,
timely magistrate apperance, court scheduling, and proper preliminary
probation hearing, these are all Failed procedures and violations

After my release I was instructed to turn myself in immediatly for probation violation this situation caused significant distress and confusion for me and loved ones such as children and pregnant wife, even then I was still making every apptempt at being sucessful with compling with all court ordered circumstances. Upon release I was making genuine progress in society, including staying sober, working to provide growing bonds with my children and wife, and even working with conditons of probation

Being released ~~Due to~~ a apparent administrative error then being threatend with violation caused traumatic and serious mental, emotional, and Financial distress for me and my loved ones gaining my presence then getting stripped from my ~~control~~ Love and support for circumstances Above and beyond My Control

I have suffered severe wounds from infections and have been refused Medical care which resulted in hospitalization for ~~period~~ periods of 3 weeks, 9 days, and 5 days for Ignoring my cries for help that had me go into surgery 4 times and caused me to not have contact with family emotional distress and embaressment of not being able to walk for 2 months

Also suffered from money being tooken out of my commisary account and never ~~got~~ acknowledged by dallas County has Just been unnessasary pain and suffering then to get released from this and return for Error Not on my Account

I have contacted my court appointed lawyer Jennifer Castillo she has multiple times denied being appointed to my case stating she pled my case out 1/20/2026 and is no longer on my case, I have asked multiple people who all stated in fact she is still my lawyer once confronted she said dallas county has acknowledged there error and reinstated my probation and im awaiting transfer to program on 4/2/2026 which I did not attend or agree to be reinstated, then lets say I do violate upon release thats bad for me because that makes it look like ive already been violated and reinstated once and is on my record. Now Jennifer Castillo rejects all calls and correspondance, Motions from me and loved ones, I have also tried reaching out to tammy kemp in 204th district court without any response and also the district clerk Ms. pitre this letter is my last reasonable option to justify these actions and obtain reasonable and fair opportunity to be heard and come to a fair agreement with the Law, Judge, and courts to resolve this matter in Accordance with a higher Law after reaching out to all reasonable remedies thank you for your time and consideration.

Respectfully,
Zander Moreno
CID # 26014977

Case 3:26-cv-01395-D-BK    Document 3    Filed 04/28/26    Page 4 of 4    PageID 7

Zander Moreno #26014977
PO Box 660334
Dallas tx 75266

NORTH TEXAS TX P&DC
DALLAS TX 750
24 APR 2026   PM 7 .L

X-RAY

RECEIVED - 6

APR 28 2026

MAILROOM

United States District Court
Office of the clerk
Northern District of texas
1100 Commerce st Room 1452
Dallas tx 75242
75242-131052

Legal Mail

★ USA ★ FOREVER ★